UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>MIGUEL THOMAS,<br><br>                Defendant. | Case No. CR22-179 LK<br><br>ORDER |

This matter is before the Court on Defendant Miguel Thomas's emergency motion for temporary release from custody to attend funeral services. (Dkt. # 67.) The government opposes the motion. (Dkt. # 68.) The Court, having considered Mr. Thomas's motion, the government's response, and oral argument, and for the reasons stated on the record, finds Defendant may be temporarily released to attend funeral services under the following conditions:

IT IS ORDERED that there are compelling reasons to temporarily release Defendant Miguel Thomas to attend his sister's funeral service.

1. Mr. Thomas shall be released on December 5, 2023, only to the custody of his cousin, Iris Espinoza, no sooner than 12:00 PM. **Pretrial services will coordinate the defendant's release with the U.S. Marshals.**

ORDER - 1

2. The funeral is expected to begin at 2:30 PM and end at approximately 4:30 PM.

3. During his temporary release, Mr. Thomas shall either be in transit between or stationary at Cady Cremation Services and the Federal Detention Center, and at all times in the company of Iris Espinoza. No additional stops are permitted.

4. Mr. Thomas shall not have direct or indirect contact with any existing co-defendant(s) in this case.

5. Mr. Thomas shall return to the custody of the Federal Detention Center, SeaTac, no later than 6:00 PM on December 5, 2023.

The Clerk is directed to send copies of this order to the parties and to the Honorable Lauren King.

Dated this 4th day of December, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2